IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, James | Case Number: 05 B 24014 |
|---|---|---|
| | Williams, Robin | Judge: Squires, John H |
| | Printed: 10/29/08 | Filed: 6/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 3, 2008
Confirmed: August 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 45,007.00 | |
| Secured: | | 39,711.10 |
| Unsecured: | | 824.95 |
| Priority: | | 0.00 |
| Administrative: | | 2,104.00 |
| Trustee Fee: | | 2,314.14 |
| Other Funds: | | 52.81 |
| Totals: | 45,007.00 | 45,007.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,104.00 | 2,104.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 22,790.45 | 21,708.97 |
| 4. | Drive Financial Services | Secured | 13,917.74 | 13,917.74 |
| 5. | EMC Mortgage Corporation | Secured | 4,084.39 | 4,084.39 |
| 6. | Universal Recovery Corporation | Unsecured | 70.17 | 19.07 |
| 7. | Commonwealth Edison | Unsecured | 90.34 | 15.35 |
| 8. | T Mobile USA | Unsecured | 76.38 | 20.75 |
| 9. | Tomah Memorial Hospital | Unsecured | 229.95 | 62.47 |
| 10. | RoundUp Funding LLC | Unsecured | 1,421.73 | 386.23 |
| 11. | Premier Bankcard | Unsecured | 34.63 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 891.93 | 242.30 |
| 13. | Drive Financial Services | Unsecured | 226.06 | 61.41 |
| 14. | Nicor Gas | Unsecured | 37.25 | 0.00 |
| 15. | Mid State Credit | Unsecured | 102.20 | 17.37 |
| 16. | Z-Tel Communications Inc | Unsecured | 37.82 | 0.00 |
| 17. | Midwest Physician Group | Unsecured | 200.85 | 0.00 |
| 18. | National Financial Holdings | Unsecured | 26.10 | 0.00 |
| 19. | Horseshoe Casino Hammond Corp | Unsecured | 162.10 | 0.00 |
| 20. | Charter Communications | Unsecured | | No Claim Filed |
| 21. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 22. | ACC International | Unsecured | | No Claim Filed |
| 23. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 24. | Comcast | Unsecured | | No Claim Filed |
| 25. | Boyajian Law Offices | Unsecured | | No Claim Filed |
| 26. | Household Bank FSB | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, James | Case Number: 05 B 24014 |
|---|---|---|
| | Williams, Robin | Judge: Squires, John H |
| | Printed: 10/29/08 | Filed: 6/16/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Household Card Services | Unsecured | | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 29. | IMC Credit Services | Unsecured | | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 32. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 33. | Mitchell Kay | Unsecured | | No Claim Filed |
| 34. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 35. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 36. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 37. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 38. | St. James Diabetes | Unsecured | | No Claim Filed |
| 39. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 40. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 41. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 42. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 43. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 44. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 45. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 46. | Platinum Capital Investments | Unsecured | | No Claim Filed |
| 47. | Providian Processing | Unsecured | | No Claim Filed |
| 48. | PVM/C | Unsecured | | No Claim Filed |
| 49. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 50. | Sprint | Unsecured | | No Claim Filed |
| 51. | St. James Hospital & Health Centers | Unsecured | | No Claim Filed |
| 52. | St. James Hospital & Health Centers | Unsecured | | No Claim Filed |
| 53. | St. James Hospital | Unsecured | | No Claim Filed |
| 54. | TCF Bank | Unsecured | | No Claim Filed |
| 55. | St. James Hospital | Unsecured | | No Claim Filed |
| 56. | All State Inusrance | Unsecured | | No Claim Filed |
| 57. | T Mobile USA | Unsecured | | No Claim Filed |
| | | | $ 46,504.09 | $ 42,640.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 107.70 |
| 5.5% | 740.03 |
| 5% | 224.26 |
| 4.8% | 414.00 |
| 5.4% | 656.84 |
| 6.5% | 171.31 |
| | $ 2,314.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, James | Case Number:  05 B 24014 |
| Williams, Robin | Judge:  Squires, John H |
| Printed: 10/29/08 | Filed:  6/16/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

